# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE** |
| V. | CASE NO. 1:12MJ21-DAS |
| | Northern District of Illinois: 1:12CR586-S |
| JAMES BROWN | |

**TAKE NOTICE** that a proceeding in this case is SET for the place, date, and time set forth below:

| **Place** | **Room No.** |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS. | COURTROOM #3 |
| | **Date and Time** |
| | OCTOBER 4, 2012, 4:00 P.M. |

**Type of Proceeding**

ADMONISHMENT HEARING
(PROOF OF OWNERSHIP OF PROPERTY
AS TO THE QUITCLAIM DEED FOR DEFENDANT'S BOND)
BEFORE U.S.MAGISTRATE JUDGE DAVID A. SANDERS

```
 DAVID CREWS
 Clerk of Court
```

 /s/ Emily Seymer
 (BY) Emily Seymer
 Courtroom Deputy

Date: September 28, 2012

To:

    Celestine Castey
    157 Drive 152
    Okolona, MS  38860