```
              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF MISSISSIPPI


                      CRIMINAL MINUTES
```

**Case No.:** 1:12MJ21-DAS; N.Dist of Illinois: 1:12CR586-S

**Place Held:** Aberdeen

**UNITED STATES OF AMERICA V.** James Brown

**Date/Time Began:** 10/4/2012 3:51PM  **Date/Time Ended:** 10/4/2012 3:54PM

**Total Time:** 3 Minutes

**PRESENT:** Honorable DAVID A. SANDERS, U. S. MAGISTRATE JUDGE

| Emily Seymer | Digital |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Government:      Attorneys for Defendant(s):

**PROCEEDINGS:** Admonishment Hearing

Docket Entry: Admonishment Hearing held; Judge Sanders explained to Celestine Castey the risk of posting the property bond for James Brown in this case and Ms. Castey advised the court that she understood completely the risk of posting the property bond for her grandson James Brown

                                    DAVID CREWS, CLERK

                                    By /s/Emily Seymer
                                        Courtroom Clerk